**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 26-______** |
| **v.** | : | **DATE FILED: ______** |
| **SEAN GERLACH** | : | **VIOLATIONS:** |
| | : | **36 C.F.R. § 2.31(a)(2), (b) (tampering with property in a National Park – 1 count)** |
| | : | **36 C.F.R. § 2.31(a)(1), (b) (trespassing on National Park property – 1 count)** |

## MISDEMEANOR INFORMATION

### COUNT ONE
**(Tampering with Property in a National Park)**

**THE UNITED STATES ATTORNEY CHARGES THAT:**

At all times material to this information:

1. Independence National Historical Park was a National Park in Philadelphia, Pennsylvania. Several historic buildings and artifacts were within Independence National Historical Park, including Independence Hall, where the Declaration of Independence and United States Constitution were debated and signed, and the Liberty Bell, a symbol of American independence.

2. The Liberty Bell was housed inside the Liberty Bell Center located within Independence National Historical Park where, during opening hours, the public could visit and view the Liberty Bell. The Liberty Bell was surrounded by a barrier to prevent visitors from approaching it too closely.

3. On or about May 16, 2026, defendant SEAN GERLACH visited the Liberty Bell Center in Independence National Historical Park with Dawn Hawa, charged elsewhere, and others known to the United States Attorney.

4. Defendant SEAN GERLACH jumped over the approximately waist-high barrier protecting the Liberty Bell. Defendant GERLACH then forcefully pushed the Liberty Bell until it swayed back and forth several times.

5. On or about May 16, 2026, in the Eastern District of Pennsylvania, within Independence National Historical Park, a National Park, defendant

**SEAN GERLACH**

tampered and attempted to tamper with property and real property, and moved, manipulated, and set in motion any of the parts thereof, when such property was not under his lawful control and possession, on lands within a park area under the legislative jurisdiction of the United States.

In violation of Title 36, Code of Federal Regulations, Section 2.31(a) (2), ( b), Title 54, United States Code, Section 100751, and Title 18, United States Code, Section 1865.

**COUNT TWO**
**(Trespassing on National Park Property)**

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

1. Paragraphs 1 through 4 of Count One are incorporated here.

2. On or about May 16, 2026, in the Eastern District of Pennsylvania, within Independence National Historical Park, a National Park, defendant

**SEAN GERLACH**

trespassed, entered and remained in and upon property and real property not open to the public, when he did not have the express invitation and consent of the person having lawful control of the property, on lands within a park area under the legislative jurisdiction of the United States.

In violation of Title 36, Code of Federal Regulations, Section 2.31(a) (1), ( b), Title 54, United States Code, Section 100751, and Title 18, United States Code, Section 1865.

/FOR

**DAVID METCALF**
**UNITED STATES ATTORNEY**

*No.*___________

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

**THE UNITED STATES OF AMERICA**

**vs.**

**SEAN GERLACH**

**INFORMATION**

Counts

36 C.F.R. § 2.31(a)(2), (b) – tampering with property in a National Park – 1 count

36 C.F.R. § 2.31(a)(1), (b) – trespassing on National Park property – 1 count

A true bill.

______________________________

Foreman

Filed in open court this ______________________day,

Of ______________________A.D. 20____________

______________________________

Clerk

Bail, $________________