# AFFIDAVIT IN SUPPORT OF SUMMONS PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 9

I, Lauren Roder, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with Federal Bureau of Investigation ("FBI") assigned to the FBI Philadelphia Field Office.

## PURPOSE OF THE AFFIDAVIT

2. This affidavit is made in support of a summons for SEAN GERLACH for violations of 36 C.F.R. § 2.31(a)(2), (b) (tampering with property in a National Park) and 36 C.F.R. § 2.31(a)(1), (b) (trespassing on National Park property) in connection with his attempt to ring the Liberty Bell on May 16, 2026, pursuant to Federal Rule of Criminal Procedure 9. Based on the facts set forth in this affidavit, there is probable cause to believe that GERLACH violated 36 C.F.R. § 2.31(a)(2), (b) (tampering with property in a National Park) and 36 C.F.R. § 2.31(a)(1), (b).

3. Title 54, United States Code, Section 100751(a) states that "The Secretary [of the Interior] shall prescribe such regulations as the Secretary considers necessary or proper for the use and management of [the National Park] System." Title 54, United States Code, Section 100751(c) states that criminal penalties for violations of these regulations are prescribed by Title 18, United States Code, Section 1865. The regulations contained under Title 36, Code of Federal Regulations, Section 2.31 are promulgated pursuant to this authorization.

4. Title 36, Code of Federal Regulations, Section 2.31(b) states that the "regulations in this section apply, regardless of land ownership, on all lands and waters within a [National Park] that are under the legislative jurisdiction of the United States."

5. Title 36, Code of Federal Regulations, Section 2.31(a)(2) prohibits "[t]ampering or attempting to tamper with any property or real property, or moving, manipulating, or setting in motion any of the parts thereof, except when such property is under ones' lawful control or possession."

6. Title 36, Code of Federal Regulations, Section 2.31(a)(1) prohibits "[t]respassing, entering or remaining in or upon property or real property not open to the public, except with the express invitation or consent of the person having lawful control of the property or real property."

7. Fed. R. Crim. P. 9 states that "[t]he court must issue . . . at the government's request, a summons . . . for each defendant named in an . . . information if one or more affidavits accompanying the information establish probable cause to believe that an offense has been committed and that the defendant committed it."

8. This Affidavit is intended to show merely that there is sufficient probable cause for the requested summons and does not set forth all my knowledge about this matter. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. I have not included each and every fact known to me concerning this investigation. Additionally, unless otherwise indicated, wherever in this Affidavit I assert that an individual made a statement, that statement is described in substance herein and is not intended to be a verbatim recitation of such statement.

## PROBABLE CAUSE

9. Independence National Historical Park is a National Park in Philadelphia, Pennsylvania. The Liberty Bell is housed inside the Liberty Bell Center located within Independence National Historical Park.

10. On May 16, 2026, GERLACH visited the Liberty Bell Center within Independence National Historical Park.

11. Surveillance footage from that day captured GERLACH approaching and circling the Liberty Bell. GERLACH then jumped over an approximately waist-high barrier protecting the Liberty Bell as shown below:



12. GERLACH then pushed the Liberty Bell with significant force multiple times, causing it to sway back and forth multiple times, as shown below:





13. The area immediately surrounding the Liberty Bell, which GERLACH entered, was not open to the public. He was not authorized to enter this area.

14. On July 23, 2026, FBI agents interviewed GERLACH. He identified himself in the surveillance video and admitted that he tried to ring the Liberty Bell.

**CONCLUSION**

4. Based on the above facts, there is probable cause to believe SEAN GERLACH tampered with property in a National Park and trespassed on National Park Property, and, thus, violated 36 C.F.R. § 2.31(a)(2), (b) and 36 C.F.R. § 2.31(a)(1), (b). I request a summons be issued for SEAN GERLACH.

*/s/ Lauren Roder*
Lauren Roder
Special Agent
Federal Bureau of Investigation

Affidavit submitted by and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) this 28th day of October, 2026:

/s/ Jose R. Arteaga, USMJ
Honorable Jose R. Arteaga
United States Magistrate Judge